```
 1  Timothy E. Cary (SBN 093608)
    LAW OFFICES OF ROBERT A. STUTMAN, P.C.
 2  74-145 St. Charles Place, Suite 1
    Palm Desert, CA  92211
 3  Telephone:  (760) 776-7190
    Attorneys for Plaintiff
 4  Travelers Casualty Insurance Co. of America

 5   Maura Walsh Ochoa (SBN 193799)
    GROTEFELD HOFFMANN LLP
 6  655 Montgomery Street, Suite 1220
    San Francisco, CA  94111
 7  Telephone:  (415) 344-9670
    Attorneys for Plaintiff
 8  The Hanover Insurance Co.

 9  Aaron M. Rothrock (SBN 290839)
10  SHOOK, HARDY & BACON LLP
    Jamboree Center
11  5 Park Plaza, Suite 1600
    Irvine, CA  92614-2546
12  Telephone:  (949) 475-1500
    Attorneys for Defendant
13  Tyco Fire Products LP
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA a/s/o NJ UNITS, LLC; TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA a/s/o JOHN TARCA dba CALICO ART GLASS; TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA a/s/o MIGUEL ARTEAGA; THE HANOVER INSURANCE COMPANY a/s/o THE CAT DOCTOR VENTURA GROUP, INC. | Case No.: 2:15-cv-00097 SS<br><br>[PROPOSED] ORDER OF DISMISSAL<br><br>Assigned to: Magistrate Judge Suzanne H. Segal<br>Complaint Filed: November 21, 2014 |

|   |   |
|---|---|
| Plaintiff, | |
| vs. | |
| TYCO FIRE PRODUCTS, LP and DOES 1-10, inclusive | |
| Defendants. | |

## [PROPOSED] ORDER

Good cause appearing, it is hereby ORDERED that the entire action be dismissed, with prejudice.

**IT IS SO ORDERED.**

Dated: 12/4/15

_____
Magistrate Judge Suzanne H. Segal